UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

IRIS E. MESSINA,

                                **Plaintiff,**

                    v.                                                            Civil No.  07-6235-TC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                                **Defendant.**

### JUDGMENT

The Commissioner's decision is reversed and remanded for further proceedings.

Dated: June 30, 2008.

_____
United States Magistrate Judge

**JUDGMENT**