Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**IRIS E. MESSINA,**

                    Plaintiff,

        vs.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

                    Defendant.

Civil No. 6:07-CV-6235-TC

**ORDER REGARDING ATTORNEY
FEES UNDER THE SOCIAL
SECURITY ACT**

---

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social

Security Act, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to notification of past-due benefits

to prepare and submit a request specifying the amount of fees under the Social Security Act.

IT IS SO ORDERED this day of July 3 , 2008.

_____
U.S. ~~District~~ Judge
Magistrate

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

PRESENTED BY:


/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff

Case 6:07-cv-06235-TC    Document 17    Filed 07/03/08    Page 2 of 2

2 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT