FILED '08 JUL 29 13:27 USDC-ORE

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **IRIS E. MESSINA,** | Civil No. 07-6235-TC |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $7499.99 for full settlement of all claims for fees under EAJA. Costs were entered July 14, 2008 in favor of Plaintiff in the amount of $367.99 and made part of the Judgment.

IT IS SO ORDERED this day of ___29 July___, 2008

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA