UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| IRIS E. MESSINA, | 07-6235-TC |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner Social Security Administration, | |
| Defendant. | |

COFFIN, Magistrate Judge:

Before the court is plaintiff Iris Messina's unopposed motion for attorney fees of $14,296.26 (dkt. # 21) filed on April 5, 2010. The Commissioner shall pay $14,296.26 to Messina's counsel, less an administrative assessment pursuant to 42 USC § 406(d).

IT IS SO ORDERED

DATED this 27 day of April 2010.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 1 - ORDER